UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

CRIMINAL ACTION NO. 3:10-CR-40-H

UNITED STATES OF AMERICA                                                    PLAINTIFF

V.

CURTIS GORDON, JR.                                                          DEFENDANT


**MEMORANDUM OPINION AND ORDER**

Defendant filed two expert disclosures.  At the Court's request, Defendant filed a

supplemental expert disclosure (Docket No. 56) on September 21, 2010.  On it's own initiative,

Defendant filed an expert disclosure (Docket No. 59) introducing a new expert, Richard L.

Shipp, on September 22, 2010.  The United States moved to exclude the testimony proposed in

both disclosures.

With regard to the proposed testimony of Douglas Weaver, Charles Adkins and Norman

Williams, the United States argues that the Court should exclude the testimony for two reasons.

First, by failing to provide the opinions of the experts, and the bases and reasons for those

opinions, Defendant's disclosure does not meet the requirements as set forth in Rule 16(b)(1)(C)

of the Federal Rules of Criminal Procedure.  Second, the testimony, as proposed, impermissibly

usurps the role of the trial judge in instructing the jury as to the applicable law or the role of the

jury in applying the law to the facts and evidence.  *See U.S. v. Zipkin*, 729 F.2d 384, 387 (1984).

The Court agrees with both of these arguments, particularly the latter.

The United States objects to the disclosure pertaining to Mr. Shipp because it fails to

meet the aforementioned standards of Rule 16(b)(1)(C).  In addition, even if Defendant's

disclosure was sufficient, it comes too late.  The United States was careful to remind the Court

that Defendant submitted this new disclosure well beyond the original August 10, 2010 deadline set forth by the Court.  Once again, the Court agrees with the arguments provided by the United States.

Being otherwise sufficiently advised,

IT IS HEREBY ORDERED that the motion of the United States to exclude the testimony of Douglas Weaver, Charles Adkins and Norman Williams that addresses the materiality of Defendant's statement, is SUSTAINED.

IT IS FURTHER ORDERED that the motion of the United States to exclude the expert testimony of Richard L. Shipp is SUSTAINED.

cc:     Counsel of Record