UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

CRIMINAL ACTION NO. 3:10-CR-40-H

UNITED STATES OF AMERICA                                              PLAINTIFF

VS

CURTIS GORDON, JR.                                                    DEFENDANT

## JURY INSTRUCTIONS

**Members of the Jury,** now that you have heard all the evidence and the argument of the attorneys, it is my duty to give you instructions regarding the law that you must follow in deciding this case.

It is your duty to decide whether the United States has proved beyond a reasonable doubt the specific facts necessary to find the defendant guilty of the crimes charged in the indictment.

You must make your decision only on the basis of the testimony and other evidence presented here during the trial; and you must not be influenced in any way by either sympathy, prejudice, or bias for or against the defendant or the United States. Justice through trial by jury must always depend upon the willingness of each individual juror to seek the truth from the evidence presented and to apply that truth to the legal instructions I give you.

You must follow the law as I explain it to you whether you agree with it or not; and you must follow all of my instructions as a whole. You may not single out, or disregard, any of the Court's instructions on the law.

The indictment or formal charge against the defendant is not evidence of guilt. The defendant is presumed by the law to be innocent. The law does not require a defendant to prove

his innocence or produce any evidence at all. The United States has the burden of proving the defendant guilty beyond a reasonable doubt, and if it fails to do so you must find the defendant not guilty.

Proof beyond a reasonable doubt does not mean proof beyond all possible doubt. Possible doubts or doubts based purely on speculation are not reasonable doubts. A reasonable doubt is a real doubt based on reason and common sense after careful and impartial consideration of all the evidence in the case. It may arise from the evidence, the lack of evidence, or the nature of the evidence.

Proof beyond a reasonable doubt, therefore, is proof that is so convincing that you would not hesitate to rely and act on it in making the most important decisions in your own lives. If you are convinced that the United States has proved the defendant guilty beyond a reasonable doubt, say so by returning a guilty verdict. If you are not convinced, say so by returning a not guilty verdict.

As I explained previously, you must decide what the facts are from the evidence that you saw and heard here in court. You may consider only the evidence that I have admitted in this case. The term "evidence" includes the sworn testimony of the witnesses and the exhibits admitted in the record. Do not let rumors, suspicions, or anything else that you may have seen or heard outside of court influence your decision in any way.

Remember that anything the lawyers say is not evidence in the case. It is your own recollection and interpretation of the evidence that controls. What the lawyers say is not binding upon you.

In considering the evidence you may draw reasonable inferences, deductions, and

conclusions from the testimony and exhibits which reason and common sense lead you to make.

In saying that you must consider all the evidence, I do not mean that you must necessarily accept all of the evidence as true or accurate. You are the sole judges of the credibility or believability of each witness and the weight to be given to the testimony of each witness.

Do not make any decisions based only on the number of witnesses who testified. What is more important is how believable the witnesses were, and how much weight you think their testimony deserves. Remember, witnesses are not the property of either defendant or the United States; they merely give testimony which you should consider. Concentrate on that, not the numbers.

The lawyers for both sides objected to some of the things that were said or done during the trial. Do not hold that against either side. The lawyers have a duty to object whenever they think that something is not permitted by the rules of evidence. Those rules are designed to make sure that both sides receive a fair trial.

Also, do not interpret my rulings on their objections as any indication of how I think the case should be decided. My rulings were based on the rules of evidence, not on how I feel about the case.

In this case, the indictment charges eight (8) separate offenses called "counts." The number of charges is not evidence of guilt, and this should not influence your decision in any way. The defendant is on trial only for the particular crimes charged in the indictment. It is your duty to consider separately the evidence that relates to each charge, and to return a separate verdict for each charge. For each charge, you must decide whether the government has presented proof beyond a reasonable doubt that the defendant is guilty of that particular charge. Your

decision on one charge, whether it is guilty or not guilty, should not influence your decision on any of the other charges.

# INSTRUCTION NO. 1

## Filing a False or Fraudulent Return – 26 U.S.C. § 7206(1)

Counts 1 through 3 of the indictment charge the defendant with violating Tile 26, United States Code, Section 7206(1), which prohibits the filing a false or fraudulent tax return. Count 1 concerns defendant's personal tax return for the calendar year 2003; Count 2 concerns his personal tax return for the calendar year 2004; and Count 3 concerns his personal tax return for the calendar year 2005. You must consider the charges for each year separately.

To find the defendant guilty on the charges in Count 1, 2 or 3, you must find that the United States has proven each of the following four elements beyond a reasonable doubt:

(1) defendant subscribed and filed a tax return for the year in question;

(2) the return contained a written declaration that it was made under penalty of perjury;

(3) defendant knew that the return was not true and correct as to a material matter; and

(4) defendant acted willfully.

Here are a few additional instructions regarding these charges.

For purposes of proving the first element, a tax return is subscribed to when it is signed, and a tax return is filed when it is delivered to the Internal Revenue Service. In the case of an electronically filed return, an electronic signature made in accordance with guidance published by the Internal Revenue Service is for all purposes the same as a written signature on a paper tax return.

To prove the third element, the government must prove that the return was materially false and that the defendant knew that this was so. A material statement is one that is essential to an accurate determination of defendant's tax liability. The government must also prove that the

defendant knew that the statement was false. A person acts knowingly when he acts intentionally and voluntarily, and not because of ignorance, mistake, accident or carelessness. Whether the defendant acted knowingly may be proven by the defendant's conduct and by all of the facts and circumstances surrounding the case.

As to the fourth element, the defendant acted willfully if he voluntarily and intentionally violated a known legal duty. Mere negligence, even gross negligence, accident, or inadvertence is not sufficient to establish willfulness. A defendant does not act willfully if he believes in good faith that his actions comply with the law. Therefore, if the defendant actually believed that he was acting in accord with the tax statutes, he cannot be said to have had the criminal intent to act willfully.

Additionally, a defendant does not act willfully if he relies in good faith on a qualified accountant or attorney after full disclosure of tax-related information. To establish good faith reliance, the defendant must prove that: 1) he provided the preparer full disclosure of tax-related information; 2) he took no steps to mislead the preparer; and 3) he filed the return as prepared without having reason to believe it was incorrect.

If you find that the United States has proved each of the four elements beyond a reasonable doubt for a specific calendar year, then you must return a guilty verdict on that charge. If, on the other hand, you find that the United States has failed to prove any of these elements beyond a reasonable doubt for a specific calendar year, you must return a non guilty verdict on that charge.

Record your verdict for each separate Count on the Verdict Form.

# INSTRUCTION NO. 2

## Failure to File a Tax Return – 26 U.S.C. § 7203

Counts 4, 7 and 8 of the indictment charge the defendant with violating Tile 26, United States Code, Section 7203, which makes it a federal crime to fail to file a tax return in a particular year. Count 4 concerns defendant's personal tax return for the calendar year 2006; Count 7 concerns his personal tax return for the calendar year 2007; and Count 8 concerns his personal tax return for the calendar year 2008. You must consider each year separately.

To find the defendant guilty of the charges in Counts 4, 7 or 8, you must find that the government has proven each of the following elements beyond a reasonable doubt:

1) defendant was required to file an income tax return for the tax year in question;

2) defendant failed to file an income tax return for the tax year in question; and

3) defendant's failure to file an income tax return for the tax year in question was knowing and willful.

Here are a few additional instructions regarding these charges.

As to the first element, the law required a person to file a return (1) for the calendar year 2006 if his gross income exceeded $10,850; (2) for the calendar year 2007 if his gross income exceeded $11,250; and for the calendar year 2008 if his gross income exceeded $11,500.

As to the second element, an individual taxpayer who is required by law to file an income tax return must do so on or before April 15 of the year following the taxable year in question, or if the I.R.S. grants an extension, the taxpayer must file by October 15 of that year.

For purposes of satisfying the third element, an act is done "knowingly" if it is done purposely and deliberately and not because of mistake, accident, negligence or other innocent

7

reason. An act – in this case we are really speaking of a failure to act – is done "willfully" if it is done voluntarily and intentionally in violation a known legal duty. Mere negligence, even gross negligence, accident, or inadvertence is not sufficient to establish willfulness.

As to the third element, a defendant does not act willfully if he believes in good faith that his actions comply with the law. Therefore, if the defendant actually believed that what he was doing was in accord with the tax statutes, he cannot be said to have had the criminal intent to act willfully.

There is no necessity that the government prove that the defendant had the intention to defraud or evade the payment of any taxes. The defendant's knowing failure to file a return, with the intention of avoiding the legal duty that he file constitutes the crime charged.

If you find that the United States has proved each of the three elements beyond a reasonable doubt for a specific calendar year, then you must return a guilty verdict on that charge. If, on the other hand, you find that the United States has failed to prove any of these elements beyond a reasonable doubt for a specific calendar year, you must return a non guilty verdict on that charge.

Record your verdict for each separate Count on the Verdict Form.

# INSTRUCTION NO. 3

## Making a False Statement – 18 U.S.C. § 1001

Count 5 of the indictment charges the defendant with violating Title 18, United States Code, Section 1001, by falsifying I.R.S. Form 669-D. To find the defendant guilty of this charge, you must find that the government must prove each of the following elements beyond a reasonable doubt:

(1) defendant made a statement or representation that was false, fictitious or fraudulent;

(2) this statement or representation was material;

(3) the false, fictitious or fraudulent statement was made knowingly and willfully; and

(4) the statement or representation was made in a matter within the jurisdiction of the government of the United States.

Here are additional instructions that should be helpful to you.

As to the first element, the government need not prove that the defendant physically made or otherwise personally prepared the statement in question – the altered Form 669-D. It is sufficient if the defendant caused the Form 669-D in question to be made. The Form 669-D is "false" or "fictitious" if it was untrue when made, and the defendant knew at the time that it was untrue.

As to the second element, the government must prove that the altered Form 669-D was material to the I.R.S.'s decision to complete the subordination process and release the original Form 669-D to the defendant. The altered Form 669-D is "material" if it has a natural tendency to influence, or be capable of influencing, the I.R.S.'s decision. However, proof of the government's actual reliance on the statement is not required.

9

As to the third element, an act is done "knowingly" if it is done purposefully and voluntarily, as opposed to mistakenly or accidently. An act is done "willfully" if it is done with an intention to do something the law forbids.

As to the fourth element, I charge you that the I.R.S. is an agency of the United States government. To be within the jurisdiction of the United States government means that the Form 669-D must concern an authorized function of the IRS. The altered Form 669-D need not actually be directed to or given to the I.R.S.

If you find that the United States has proved each of the four elements beyond a reasonable doubt, then you must return a guilty verdict for Count 5. If, on the other hand, you find that the United States has failed to prove any of these elements beyond a reasonable doubt, you must return a non guilty verdict on this charge.

Record your verdict for this Count on the Verdict Form.

# INSTRUCTION NO. 4

## Bank Fraud – 18 U.S.C. § 1344

Count 6 of the indictment charges the defendant with violating Title 18, United States Code, Section 1344, which prohibits knowingly executing or attempting to execute a scheme to defraud U.S. Bank. To find the defendant guilty of this charge, you must find that the government must prove each of the following elements beyond a reasonable doubt:

(1) there was a scheme to defraud a bank as charged in the indictment;

(2) defendant executed or attempted to execute the scheme with the intent to defraud the bank; and

(3) at the time of the execution of the scheme, the bank had its deposits insured by the Federal Deposit Insurance Corporation.

Here are additional instructions on this charge that should be helpful to you.

The government has charged that the following misrepresentations were part of the scheme:

1. False bank account records from Fifth Third Bank concerning his balances on April 26, 2005.

2. False bank account records from Fifth Third Bank concerning his balance on August 24, 2005.

3. Individual federal income tax returns for calendar years 2002 through 2004, falsely represented as filed with the IRS.

4. IRS Form W-2 wages reports for 2002 through 2004, falsely represented as filed with the IRS.

5. Federal corporate tax returns of Commonwealth Security for the calendar years 2002 through 2004, falsely represented as filed with the IRS.

You must find beyond a reasonable doubt that one or more of these alleged misrepresentations was material and furthered the alleged scheme.

As to the first element, a "scheme to defraud" is defined as a pattern or course of conduct concerning a material matter designed to deceive a federally insured bank into releasing property with the intent to cause the bank to suffer an actual or potential loss. A "material" matter is one which would reasonably be expected to be of concern to a reasonable and prudent person in relying upon the representation or statement in making a decision. This means that if you find a particular statement of fact to have been false, you must determine whether that statement was one that a reasonable person might have considered important in making his or her decision. The government must prove that by executing or attempting to execute the scheme, the defendant placed the bank at a risk of loss and that the bank did not knowingly accept such a risk. It is not necessary for the government to prove an actual loss of funds by the bank.

As to the second element, to act with "intent to defraud" means to act willfully and with the specific intent to deceive, for the purpose of causing some financial loss to another. "Willfully" means to act knowingly and purposely, with an intent to do something the law forbids, that is to say, with bad purpose either to disobey or to disregard the law. "Knowingly" means to act voluntarily and deliberately, rather than mistakenly or inadvertently.

Whether defendant acted knowingly, willfully and with intent to defraud involves one's state of mind. Direct proof of knowledge and fraudulent intent is almost never available. It would be a rare case where it could be shown that a person wrote or stated that as of a given time in the

past he committed an act with fraudulent intent. Such direct proof, however, is not required. The government may establish the ultimate facts of knowledge and criminal intent, though subjective, by circumstantial evidence, based upon defendant's outward manifestations, his words, his conduct, his acts and all the surrounding circumstances disclosed by the evidence and the rational or logical inferences that may be drawn therefrom. Circumstantial evidence, if believed, is of no less value than direct evidence. In either case, the essential elements of the crime charged must be established beyond a reasonable doubt.

If you find that the United States has proved each of the three elements beyond a reasonable doubt, then you must return a guilty verdict on this charge. If, on the other hand, you find that the United States has failed to prove any of these elements beyond a reasonable doubt, you must return a non guilty verdict on this charge.

Record your verdict for this Count on the Verdict Form.

# INSTRUCTION NO. 5

## Evidence of other Crimes, Wrongs, or Acts

You have heard testimony that the defendant has failed to report income or file returns for years other that those charged in the indictment. If you find the defendant did those acts, you can consider the evidence only as it relates to the government's claim on the defendant's intent, motive or absence of mistake. You must not consider it for any other purpose. Remember that the defendant is on trial here only for the acts charged, not for the other acts. Do not return a guilty verdict unless the government proves the crime charged in the indictment beyond a reasonable doubt.

# INSTRUCTION NO. 6

## Charts and Summaries - Admitted

Charts or summaries have been prepared, have been admitted into evidence, and have been shown to you during the trial for the purpose of explaining facts that are allegedly contained in books, records, or other documents which are in evidence in the case. You may consider the charts and summaries as you would any other evidence admitted during the trial and give them such weight or importance, if any, as you feel they deserve.

Any verdict must represent the considered judgment of each juror. In order to return a verdict, it is necessary that each juror agree. Your verdict must be unanimous.

To find the defendant guilty, every one of you must agree that the government has overcome the presumption of innocence with evidence that proves his guilt beyond a reasonable doubt.

To find him not guilty, every one of you must agree that the government has failed to convince you beyond a reasonable doubt.

Now that all the evidence is in and the arguments are completed, you are free to talk about the case in the jury room. It is your duty as jurors to consult with one another, and to deliberate with a view toward reaching agreement, if you can do so without violence to individual judgment. Talk with each other, listen carefully and respectfully to each other's views, and keep an open mind as you listen to what your fellow jurors have to say.

You must decide the case for yourself, but only after an impartial consideration of the case with your fellow jurors. In the course of your deliberations, do not hesitate to reexamine your own views and change your opinion, if convinced it is erroneous. But do not surrender your honest conviction as to the weight or effect of the evidence, solely because of the opinion of your fellow jurors, or for the mere purpose of returning a verdict.

Remember, you are the judges of the facts. Your only interest is to seek the truth from the evidence in the case.

No one will be allowed to hear your discussions in the jury room, and no record will be made of what you say. So you should all feel free to speak your minds.

If you decide that the government has proved the defendant guilty, then it will be my job

16

to decide what the appropriate punishment should be. It would violate your oaths as jurors to even consider the possible punishment in deciding your verdict. Your job is to look at the evidence and decide if the government has proved the defendant guilty beyond a reasonable doubt.

Upon retiring to the jury room, you will select one of your number to act as your foreperson. The foreperson will preside over your deliberations and will be your spokesperson here in court.

A Verdict Form has been prepared for your convenience. You will take this form to the jury room and, if and when you have reached unanimous agreement as to your verdict, you will have your foreperson fill in, date, and sign the forms which set forth the verdict with respect to each count in the case. You will then return with your verdict to the courtroom.